U.S. v. Chapman Mr. Beals Good morning, if you please support my name is Bart Beals. I represent the appellate in this case Vernon Chapman Just to quickly mention some of the pertinent facts for a couple of the issues in this case The my client was involved in five drug transactions for heroin transactions between July and October of 2010 and one crack transaction in early November of 2010 the transactions there were recordings of the transactions by the DEA, FBI I'm sorry and Those recordings were a part of the evidence now after in in November the middle part of November 2010 Mr. Chapman was arrested by federal authorities. He was subsequently indicted originally just for the crack transaction There's a second indictment for that included the heroin transactions in the case early on in the case Mr. Chapman asserted that the recordings from the early November crack transactions Were did not include certain exculpatory statements that was that were made by him during that transaction that effectively that was not an accurate Recording or an accurate depiction of what occurred. So did the defendant testify to that effect? No, this is a assertion that he made in In court, he didn't testify to that fact at trial and the reason he didn't testify to that fact in trial I mentioned in my reply brief the there was that was a Tactical decision at trial. I understand but but is there any evidence presented to the jury that anything was missing from those recordings? No, and there was no evidence presented to a jury because of the fact that that goes directly to the issue regarding the there were three experts that were that were Requested two of the experts were correct requested from the district court two of the experts were audio visual experts And they gave an opinion as to whether or not the actual CD The CDs that were provided by the government whether or not it looked as if it appeared from their expert opinion that that It had been tampered with or if it was anything Whether it had been tampered with that was their expert opinion now just to back up a little bit and just put this little more Context. But at some point Can't the district court say no to further requests when all the previous ones have rejected the conclusion that the defendant Was hoping for? Well that I mean that would be the appropriate response by the district court except for the fact in this case the third Expert although as a third expert. It was the first and only expert request regarding a computer expert because the the central issue is that the government's position was The recording was originally made on a recording device called a hawk device. That was the original device that made the recording Once that device once that those recordings were done the the actual recordings were Downloaded using a special software by the FBI And they were downloaded onto the CD's DVD. There was no question that the original device that did the recordings That wasn't available That once that once according to the government once the hawk device once you download it to CD. There's nothing left So there was nothing Available to it was not an opportunity to actually look at the Hawking device and to review that and say hey well wait a minute You're saying these CDs are the simplest way to say to determine whether the CDs had been altered is to look at the actual device That did the recording say hey, it's the same thing that was not possible. So based on those assertions the computer expert was requested in order to to give an opinion one to Potentially examine the FBI computers Also, not still as you can see not the original machine that recorded the Well, yes Right the computers X the computer expert wouldn't have been it would have been able to look at to actually look at the actual records From original Hawking device because those recordings were gone No But it but the computer expert the purpose of computer expert was to give an opinion as to several matters and most importantly There you know the assertion by the government that hey look that that this Hawking device You have this recording you transfer these recordings to a CD DVD and it is not possible to alter The recordings in that process and the process does not leave any any hits on the hard drive and so effectively the CD DVD is You know, it's a very reliable duplicate or could even be considered an original because of the the process so the computer expert the purpose of the computer expert is to challenge that assertion now since Usually in the rules of evidence when you have a recording if there is some legitimate Challenge as to the authenticity of the recording, you know You know, that's that's when that presents the issue of whether or not it should be admitted or not by the district court in this case Mr. Chapman asserted from early on that that that was not an accurate depiction of the recordings and There were two experts like I said audio video experts that looked at the actual CD But they never examined the actual process of transferring the recordings From the original recordings for Hawking devices CDs. They never they never examined the actual computer The hard drive by the FBI they and they were not an expert to even give an opinion as to the government's assertion Regarding the the reliability of the process of transferring the recordings. So after the first expert was hired I Would assume it donned on the defense that perhaps they would need such an expert in computers But there was no request that that second expert be that type there were two that were this very same, right? Well, you know in that I'm I'm at a loss to be able to present that information I was a fourth lawyer on the case. There were other previous attorneys You know, this is the the expert the computer expert that was requested That's not a common request it's that X although the expert that was requested as someone who's testified in court before and In these type of cases before but that's not a common request. So it's possible that previous counsel Was looking at the conventional means There's a CD and you take a look at it and say hey We'll get an expert does it appear if it's been altered by just looking at the CD since you couldn't it was impossible to do Actual comparison between the original so Why? the previous counsel's May not have thought about the computer expert that I cannot speak to but I can speak to that Like I said, that was a unique situation And this is not a common situation Regarding the the allegation of okay this this recording has been Tampered with and it's it's not an accurate depiction and then challenging the actual process of transferring the recordings from the Hawk device to the actual CDs DVDs so If there are any other questions regarding that issue, I just wanted to also mention That was a so when The expert was requested and the court denied that request It was a an abuse of discretion because effectively it denied Mr. Chapman an opportunity to Properly defend himself now what the expert would have rendered what the opinion may have been what the expert may have rendered It's hard to say You know, I at least Mr. Chapman should have had an opportunity to be able to exact to examine and and question challenged the the government's assertion because if the expert would have Actually examined the computers examined the process that the government described and And been able to show scientifically there were some issues with that then that could have also substantially affected this case So at this point unless there are other questions, I would like to reserve the rest of my time. All right Thank You, mr. Beals This Alex the kiss maybe should help me with that pronunciation May it please the court. My name is Georgia Alex I keys and I represent the United States This court should affirm the defendants conviction and sentence The district court did not deny defendants constitutional rights when he declined defendants request for a third Expert to investigate this contention that law enforcement had somehow tampered with the recordings associated with a drug transaction that took place in November of 2010 as defense counsel explained the defendant had requested one expert an audio-visual expert to look at the recording and Any tampering district court readily granted that request and that defense expert returned a finding that there was no noticeable evidence of tampering The defendant was unsatisfied with that finding because it didn't agree with his belief that the recording had been tampered with And so we went back to the district court and asked the second time for another expert This time the district court again readily granted that request This time the defense expert the second defense expert didn't just find no noticeable tampering The expert mr. Dickey took it even one step further and in his opinion Which was read into the district court record at one of several pretrial hearings on this issue His report makes clear that he found Absolutely, no evidence of tampering and in particular he said that there were there was no evidence of interruptions in the recording And in fact, he reached that conclusion not just by listening to the recording But his report discussed various codes that are associated with the digital recording and the codes would indicate if the events if the data If the if the recording itself had been interrupted in any way sequentially and mr. Dickey's report said there is no interruption the codes appear as they should be as you would expect a Certain time turned off at a certain time with no gaps or interruptions in the middle. So that was that was the Opinion of the defendants second expert. So then the defendant went back again and asked for a third expert now Defense counsel has styled this request and the defendant of the district court styled this request as one for a computer expert But there really isn't a difference whether you call it an audio-visual Expert or a computer expert as to what the request was at the end of the day The request of the expert was to determine whether or not the recording had been tampered with two experts concluded that there was no evidence that the recording had been tampered with and so a computer expert being asked to come in and Examine a computer and software and the FBI process to determine whether there could have been Some sort of tampering or alteration Wouldn't have changed the fact that There wasn't any alteration according to the first two defense experts as well as a government expert that was retained late in the process in anticipation of a Potential defense by the defendant at trial on this particular issue So in light of the expert opinions that were already before the district court, the district court did not deny the defendants constitutional rights in Declining to permit him to retain a third expert. And again, this is particularly true when the defendant made no other Preliminary showing that there have been any tampering or any exculpatory evidence on those recordings Originally that somehow did not make their way to the copy that was tendered to defendant after he was charged You can hear on the recording the starts, the start time for the transaction, the stop time of the transaction The FBI agent who testified in this case made that clear that this is how the process works. He told the jury that There are no gaps or interruptions on the recording Defendant before the district court kept talking about how the recording the original recording had been erased But again as it was explained to the district court and as a district court found No evidence was erased instead. It was simply transferred through this standard custom and practice that the FBI That FBI has in place the data had been transferred from a recording device To a CD or DVD with no data left on on the device and no data left on the computer That acted as the conduit between the device and the CD and DVD So really the only thing that the defendant had to support his contention that There was a tampering any kind of tampering on the November recording were his own statements and beliefs Which as the district court pointed out, he was free to testify to a trial In light of that in Light of this absence of a preliminary showing the district court did not again did not violate the defendant's constitutional rights in Not permitting him or not permitting him leave to retain a third expert And certainly the defendant had other ways through his own testimony or through the cross Examination of the FBI agent who did testify a trial to present testimony to assert his belief that the recordings had been tampered with Unless there are any other questions from the court on this issue or any of the other issues that have been raised on Appeal at this time the government would simply ask that again you affirm the defendant's convictions and sentence. Thank you. Thank you  Okay You're and if you're pleased to court your honor Just want to address a couple things that counsel mentioned first and foremost There there is a big difference between audio video visual expert and a computer expert the audio audio visual experts never They were never asked they were never in a position they they never had the the expertise To challenge the government's assertion. So how do you respond to that segment of their report the council made reference to? What regarding Mr. Dickey's report? Yes well his report is my response to that is his report said he looked at the DVD and In his opinion and looking at the DVD. He mentioned codes and right which go to digital questions or that's It goes to digital questions Regarding the actual CD and recordings it it never went to the question of is it possible to? Alter a recording and Without These indications of the you know without they're they're having being issues with the codes or or without any obvious breaks in on the actual CD That was never that was never as Answered that was never provided in the report and and honestly speaking It wouldn't have been appropriate even to ask an audio-visual expert regarding that That's something that a computer expert would be able to to answer to say well Hey, this is the explanation given as to how this recording is being transferred from this Hawk device to the CD To get this product is it possible to even alter it and with these particular results And also just to touch on the point regarding being Mr. Chapman being free to offer evidence at trial or why didn't offer evidence at trial regarding his perspective that the Recordings had either been altered or were not a complete and accurate representation Without any type of scientific basis or any type of plausible explanation it It would have severely hurt. Mr. Chapman's credibility in a case an entrapment case with an entrapment defense to get in front of the jury and say hey This these recordings have been altered I said this I said this and I said this and it's not in the recording Then it becomes you know you have Mr. Chapman's word the person who's accused of a crime Which because it's an entrapment defense. It's he's admitting that These acts he actually did But then to say well yeah, but I also you know there's these other things are missing without any type of scientific evidence or Explanation and even from the standpoint of having a computer expert to come in and to be able to testify well, yes, it's possible that These recordings could be changed could be altered this process could be altered And you know this way this way or this way Even to be able to have been able to have presented that to the jury would have been of some value But most importantly there would have been opportunity to explore if there were any Weaknesses or if there were if there were any issues in the explanation by the government as to how Its actual process work because at the end of the day ultimately What the government is saying is hey? We don't have the we don't have the original recording just take our word Take our word that hey the way we transferred the original recording to the to the CD that process is This process is it works, and there are no issues with that process, and I understand that it was a third expert, but it was the first and only computer expert that had the ability to actually go in and according to the Process that was given by the government examined the actual FBI hard drives and even give an opinion as to The special software that there that is it that was in use at the time and The one last thing I would also like to mention Regarding presenting any preliminary information to the court for Mr.. Chapman to demonstrate that that this recordings These recordings have been altered We're talking about recordings that are that were always in the sole possession of the FBI the government All that Mr.. Chapman can't present in a situation like that is his word all you can say is hey look These are the things that I said and it's not there is there's no other way To present that information to the court without an expert So if if there aren't any other questions, I guess I would rest on the all right Thank you, Mr.. Beals, and let me thank you on behalf of the court Mr.. Beals for taking this assignment That's the you're volunteering to take this Pro bono is a real service not only to your client, but to this court, and we thank you for your vigorous representation And of course we thank the government who's always vigorous in their representation the case will be taken under advisement